| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | AG Docket No. 8 |
| PHILLIP WAYNE WRIGHT | * | September Term, 2022 |

## O R D E R

Upon consideration of the Joint Petition for Disbarment by Consent, it is this 21st day of April, 2023, by the Supreme Court of Maryland,

ORDERED that the Joint Petition for Disbarment by Consent is GRANTED; and it is further

ORDERED that effective June 7, 2023, the Respondent, Phillip Wayne Wright, is disbarred from the practice of law in the State of Maryland for violations of Rules 1.1, 1.2, 1.3, 1.4, 1.16, 3.2, 3.4, 8.1, and 8.4(a), (c), and (d) of the Rules of Professional Conduct; and it is further

ORDERED that on June 7, 2023, the Clerk of this Court shall remove the name of Phillip Wayne Wright from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

/s/ Matthew J. Fader
Chief Justice